

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00279-CR

**EX PARTE RENE MENDEZ**

On Appeal from the 341st District Court
Webb County, Texas
Trial Court No. 2023-CVJ-001054-D3, Honorable Rebecca Ramirez Palomo, Presiding

October 18, 2023

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Rene Mendez, appeals from the trial court's order denying his application for writ of habeas corpus.[1]  Pending before this Court is Appellant's motion to voluntarily dismiss the appeal.  As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney.  As no decision of the Court has been delivered, the motion is granted, and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.

---

[1] Originally appealed to the Fourth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.